UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GARY LESSOR,

    Plaintiff,

v.                                        Case No. 5:25-cv-19-TKW-MJF

MANAGEMENT AND TRAINING
CORPORATION, et al.,

    Defendants.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 7) and Plaintiff's objection (Doc. 8). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed without prejudice as malicious because Plaintiff abused the judicial process in failing to disclose his litigation history complete and honestly. *See Burrell v. Warden*, 857 F. App'x 624, 625 (11th Cir. 2021) ("An action is malicious when a prisoner misrepresents his prior litigation history on a complaint form requiring disclosure of such history and signs the complaint under penalty of perjury, as such a complaint is an abuse of the judicial process.").

The Court did not overlook Plaintiff's argument that the cases that he failed to disclose occurred "15 years ago" and "have absolutely nothing to do with this case." However, as explained by the magistrate judge, the requirement that a plaintiff provide complete and accurate information in response to the litigation history questions on the civil rights complaint form serves other purposes than simply determining whether the current case involves the same or similar issues that were raised in a prior case. *See* Doc. 7 at 5-6. Thus, even if Plaintiff is correct that the prior cases "have absolutely nothing to do with this case," that does not excuse his failure to disclose those cases.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** under 28 U.S.C. §§1915(e)(2)(B)(i) and 1915A(b), as malicious for Plaintiff's abuse of the judicial process.

3. The Clerk shall enter judgment in accordance with this Order and close this case.

**DONE AND ORDERED** this 25th day of April, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**